JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE M. ROGERS, et al., | CV 16-1535 PA (PJWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the Court's April 18, 2016 Minute Order granting the Motion to Dismiss filed by defendant JPMorgan Chase Bank, N.A. ("Defendant"), which dismissed the sole federal claim asserted by plaintiffs Jacqueline M. Rogers and Justin Alan Rogers (collectively "Plaintiffs") against Defendants without leave to amend, declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, and remanded those claims to Ventura County Superior Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal claim under the Servicemembers Civil Relief Act is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs'
remaining state law claims are remanded to Ventura County Superior Court, Case No. 56-2105-00544601-CU-OR-VTA.

DATED: April 18, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-